# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANE CROSS, | Civil No. 07cv486 J (LSP) |
| Plaintiff, | **ORDER RE: ORAL ARGUMENT** |
| v. | |
| BOSTON MARKET CORP., et al., | |
| Defendants. | |

Currently scheduled for oral argument on this Court's calendar for May 29, 2007 is Defendants Valvista South, LLC and Valvista North, LLC's Motion for a More Definite Statement, Motion for the Court to Decline Supplemental Jurisdiction, and Motion to Dismiss. [Doc. No. 38.] The Court finds the Motions suitable for determination on the papers submitted and without oral argument pursuant to Local Civil Rule 7.1.d.1. *See* S.D. Cal. Civ. R. 7.1.d.1 (2006). Accordingly, no appearances are required on May 29, 2007.

**IT IS SO ORDERED**.

DATED: May 21, 2007

_____
HON. NAPOLEON A. JONES, JR.
United States District Judge

cc: Magistrate Judge Papas
    All Counsel of Record