# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANE CROSS,<br><br>       Plaintiff,<br>   v.<br>BOSTON MARKET CORP., et al.,<br>       Defendants. | Civil No. 07cv486 J (LSP)<br><br>**ORDER RE: ORAL ARGUMENT** |

Currently scheduled for oral argument on this Court's calendar for May 29, 2007, is Defendants Krausz Companies, Inc., Krausz Vista, LLC, and Kraus Vista Two, LLC's Motion to Dismiss and Motion to Strike. [Doc. No. 44.] The Court finds the Motions suitable for determination on the papers submitted and without oral argument pursuant to Local Civil Rule 7.1.d.1. *See* S.D. Cal. Civ. R. 7.1.d.1 (2006). Accordingly, no appearances are required on May 29, 2007.

**IT IS SO ORDERED**.

Dated: 5/21/07

NAPOLEON A. JONES, JR.
United States District Judge

cc: Magistrate Judge Papas
    All Counsel of Record