# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANE CROSS,<br><br>        Plaintiff,<br>v.<br><br>BOSTON MARKET CORP., et al.,<br><br>        Defendants. | Civil No. 07cv486 J (LSP)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS DEFENDANT GARDEN FRESH RESTAURANT CORP.** |

Before the Court is Plaintiff Diane Cross and Defendant Garden Fresh Restaurant Corp.'s Joint Motion for Dismissal. [Doc. No. 65.] The Joint Motion is filed pursuant to settlement and release agreements between the parties. **IT IS HEREBY ORDERED** that Defendant Garden Fresh Restaurant Corp. is dismissed with prejudice.

**IT IS SO ORDERED**.

DATED: June 1, 2007

                                HON. NAPOLEON A. JONES, JR.
                                United States District Judge

cc: Magistrate Judge Papas
     All Counsel of Record