# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANE CROSS,<br><br>　　　　　Plaintiff,<br>　v.<br>BOSTON MARKET CORP., et al.,<br>　　　　　Defendants. | Civil No. 07cv486 J (LSP)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS DEFENDANT MICHAELS STORES INC.** |

Before the Court is Plaintiff Diane Cross and Defendant Michaels Stores, Inc. Joint Motion for Dismissal. [Doc. No. 67.] The Joint Motion is filed pursuant to settlement and release agreements between the parties. **IT IS HEREBY ORDERED** that Defendant Michaels Stores, Inc. is dismissed with prejudice.

**IT IS SO ORDERED**.

DATED: June 1, 2007

　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　HON. NAPOLEON A. JONES, JR.
　　　　　　　　　　　　　　　　　　　United States District Judge

cc: Magistrate Judge Papas
　　　All Counsel of Record