# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANE CROSS,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>BOSTON MARKET CORP., et al.,<br><br>　　　　　Defendants. | Civil No. 07cv486 J (LSP)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS DEFENDANTS TOYS R US-DELAWARE, INC. AND GIRAFFE PROPERTIES, LLC** |

　　　Before the Court is Plaintiff Diane Cross and Defendants Toys R Us-Delaware, Inc. and Giraffe Properties, LLC's Joint Motion for Dismissal. [Doc. No. 69.] **IT IS HEREBY ORDERED** that Defendants Toys R Us-Delaware, Inc. and Giraffe Properties, LLC are dismissed with prejudice.

　　　**IT IS SO ORDERED**.

DATED: June 1, 2007

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　HON. NAPOLEON A. JONES, JR.
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

cc: Magistrate Judge Papas
　　All Counsel of Record